THE STATE OF OHIO, APPELLEE, *v.* COCHRAN, APPELLANT.

[Cite as *State v. Cochran,* **138 Ohio St.3d 166, 2014-Ohio-100.**]

*Court of appeals' judgment affirmed on the authority of* State v. Washington.

(No. 2013-0464—Submitted May 21, 2013—Decided January 23, 2014.)

APPEAL from the Court of Appeals for Franklin County, No. 11AP-408,

2012-Ohio-5899.

_____

**{¶ 1}** Appellant's request that this cause be held for the decision in case No. 2013-1255, *State v. Rogers*, is denied. Appellee's motion for summary affirmance is granted, and the judgment of the court of appeals is affirmed on the authority of *State v. Washington*, 137 Ohio St.3d 427, 2013-Ohio-4982, 999 N.E.2d 661.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____

Ron O'Brien, Franklin County Prosecuting Attorney, and Barbara A. Farnbacher, Assistant Prosecuting Attorney, for appellee.

Kura, Wilford & Schregardus Co., L.P.A., and Sarah M. Schregardus, for appellant.

_____